# Court of Appeals
# of the State of Georgia

ATLANTA,    March 08, 2016

*The Court of Appeals hereby passes the following order:*

**A16A0949. CLINTON HOKE v. WENDY NICOLE JENNINGS.**

Clinton Hoke filed this direct appeal from the trial court's order denying his petition to legitimate his minor child. Subsequently, Wendy Nicole Jennings, the minor child's mother, filed a motion to dismiss Hoke's appeal, arguing that appeals from domestic relations cases are not directly appealable. Jennings is correct.

Appeals in domestic relations cases must comply with the discretionary appeal procedure. OCGA § 5-6-35 (a) (2). A legitimation action is a domestic relations case. *Brown v. Williams*, 174 Ga. App. 604 (332 SE2d 48) (1985). Because Hoke failed to comply with the discretionary appeal procedure as required, Jennings's motion to dismiss is GRANTED, and this appeal is hereby DISMISSED for lack of jurisdiction.

*Court of Appeals of the State of Georgia*



*Clerk's Office, Atlanta,*    03/08/2016

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*